**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**RYAN JONES**                                                                    **PETITIONER**

**v.**                                      **CASE NO. 3:26-CV-00036-BSM**

**DAN STIDHAM, Judge,** *et al.*                                       **RESPONDENTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 19th day of May, 2026.


_____
UNITED STATES DISTRICT JUDGE